IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEBRA L. WILLIAMS,

       Petitioner,

vs.                                CASE NO.  5:04cv359-SPM/AK

JOSE BARRON, JR.,

       Respondent.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated June 7, 2005 (doc. 6).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2.    This case is transferred to the United States District Court for the Northern District of Georgia.

DONE AND ORDERED this 13th day of July, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO. 5:04cv359-SPM/AK